# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Brian Wise**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00868-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Leonard McCoy | ) | |
| David Mitchell | | |
| North Carolina Department of Public | | |
| Safety/Prisons | | |
| Ken Beavers | | |
| FNU Horne | | |
| John A Herring**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Complaint  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2017 Order.

January 5, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court